UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH ARNEZ DAVIS, | ) |
| Plaintiff, | ) |
| VS. | ) |
| | ) CIVIL ACTION NO. |
| U.S. SMALL BUSINESS ADMINISTRATIVE OFFICE OF DISASTER ASSISTANCE d/b/a SBA COVID19 DISASTER ASSISTANCE, ET AL., | ) 3:21-CV-1231-G-BT |
| Defendants. | ) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 8, 2021 (docket entry 33). The court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

January 4, 2022.

_____
A. JOE FISH
Senior United States District Judge